MARY M. RYDER, as Administratrix of the Estate of ERNEST W. RYDER, Deceased, Respondent, *v.* MOUNTAIN LAKE ICE COMPANY, Appellant.

*Ryder* v. *Mountain Lake Ice Co.*, 133 App. Div. 933, affirmed.
(Argued January 12, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June

30, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action by an employee to recover for personal injuries alleged to have been sustained through the negligence of his employer.

*Frederick Hulse* and *Elwood C. Smith* for appellant.

*Henry Kohl* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.